# EXHIBIT A

# SUMMONS

IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**

*Check if this is not the 1st Summons issued for this Defendant/Respondent.*

**COUNTY:** DuPage

*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Megan Byczek

*Who started the case.* *First, Middle, and Last Name, or Business Name*

**DEFENDANTS/RESPONDENTS:** Costco Wholesale Corporation

*Who the case was filed against.*

*First, Middle, and Last Name, or Business Name*

2026LA000613

**Case Number**

**The Defendant/Respondent named above has been sued. Read this form for information about how to respond to this lawsuit. Also see page 4 for next steps.**

**For the person filling out this form: Read all instructions in this box.**

This *Summons* can only be used for certain types of cases. See the *How To Serve a Summons* Instructions for more information: ilcourts.info/how-to-summons.

Check 1 if this is a 30-day summons or check 2 if this is a date certain summons. Fill in all the information in 1 or 2.

- Use a **date certain summons** if you are asking for money of $50,000 or less or recovery of your personal property that you think the Defendant has, and for some mandatory arbitration cases. In 2, fill in your court date and how to go to court. You may get the court date when you e-file or you may need to ask the Circuit Clerk's office.
- Use a **30-day summons** for most other case types.

Complete the rest of the form with the Defendant/Respondent's information and information about the lawsuit.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

## ☑ 1. 30-DAY SUMMONS

To participate in this case, you must **file** your *Appearance* and *Answer/Response* forms with the court within 30 days after you are served with this *Summons* (not counting the day of service) by e-filing or at:

Court Address: 505 N County Farm Road, Wheaton, IL 60187

*Courthouse Street Address*

**- or -**

## ☐ 2. DATE CERTAIN SUMMONS

*Your court date is listed below. Information about getting a court date and how to attend is available from the Circuit Clerk. You can find their contact information at ilcourts.info/clerks.*

To respond to this *Summons*, you must **attend court** in one of the ways checked below on:

__________ at ________ ☐ a.m. ☐ p.m. in ________.

*Month, Day, Year* *Time* *Courtroom Number*



Robert Fairbanks
117-001119
2026/05/07 14:27:06

*Case Number* ______________________

## Going to Court for a Date Certain Summons

Court dates may be in-person, remote, or a combination of in-person and remote.

☐ **In person** at: ____________________________________________
*Courtroom Address* *Courtroom Number*

☐ **Remotely** (video or telephone)

**By video conference** at: ____________________________________
*Video Conference Website*

Log-in information: ____________________________________
*Video Conference Log-in Information, Meeting ID, Password, etc.*

**By telephone** at: ________________________________
*Call-in Number for Telephone Remote Appearance*

To find out more about remote court options:

Phone: ____________________ or Website: ____________________________
*Circuit Clerk's Phone Number* *Website URL*

## 3. ADDITIONAL INFORMATION ABOUT THE LAWSUIT

a. I am asking for the following amount of money in my *Complaint/Petition*: $ 50,001.00.
*(Enter 0 if you are not asking for money)*

b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession) in my *Complaint/Petition*.

☐ Yes ☑ No

## 4. DEFENDANT/RESPONDENT'S INFORMATION

a. Number of Defendants/Respondents being served:

☑ I am having 1 Defendant/Respondent served and their information is on this form below.

☐ I am having more than 1 Defendant/Respondent served. The first is listed below. I have attached *Additional Defendant/Respondent Address and Service Information* forms for the following number of additional Defendants/Respondents: _____________.
*Number*

b. First Defendant/Respondent's **primary address/information** for service:

Name: Costco Wholesale Corporation
*First, Middle, and Last Name, or Business Name*

Registered Agent's Name *(if you are serving the Registered Agent of a business)*:

CT Corporation System
*First, Middle, and Last Name*

Street Address: 208 S LaSalle Street, Suite 814
*Street, Apt #*

City, State, ZIP: Chicago, IL 60604
*City* *State* *Zip*

Telephone: ______________________________ Email: ______________________________

Case Number ________________________

c. **Second address** for this Defendant/Respondent:

☑ I do **not** have another address where the Defendant/Respondent might be found.

☐ I have another address where this Defendant/Respondent might be found. It is:

Street Address: ______________________________________________
*Street, Apt #*

City, State, ZIP: ______________________________________________
*City* *State* *Zip*

Telephone: ________________________ Email: ________________________

d. Person who will serve your documents on this Defendant/Respondent:

☐ Sheriff in Illinois ☑ Special process server ☐ Licensed private detective

☐ Sheriff outside Illinois: ________________________
*County & State*

## PLAINTIFF/PETITIONER INFORMATION:

*Enter your information below.*

Name Lauren A Buchanan & Associates, P.C. - Firm No. 279738
*First, Middle and Last Name*

Registered Agent's name, if any ________________________
*First, Middle and Last Name*

Street Address 200 E 5th Avenue, Suite 1113
*Street, Apt #*

City, State, ZIP: Naperville, IL 60563
*City* *State* *Zip*

Telephone: (312) 759-7764 Email: lauren@laurenbuchananlaw.com

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

STOP The Circuit Clerk and officer or process server will fill in this section.

**To be filled in by the Circuit Clerk:**

Witness this Date: 5/5/2026 10:54 AM

Clerk of the Court: Candice Adams IH

*Seal of Court*

**To be filled in by an officer or process server:**

Date of Service: ________________________

*Fill in the date above and give this copy of the Summons to the person served.*

**Note to officer or process server:**

- If **1** is checked, this is a 30-day *Summons* and must be served within 30 days of the witness date.
- If **2** is checked, this is a date certain *Summons* and must be served at least 21 days before the court date, unless 3b is checked yes.
  - If **2** is checked **and 3b** is checked yes, the *Summons* must be served at least 3 days before the court date.
- Fill in the date above and give this copy of the *Summons* to the person served.
- You must also complete the attached *Proof of Service* form and file it with the court or return it to the Plaintiff.

*Case Number* ______________________

# WHAT'S NEXT

## NEXT STEPS FOR PERSON FILLING OUT THIS FORM:

When you file a lawsuit, you must notify the person or business you are suing of the court case by having the *Summons* and Complaint or Petition delivered to them. This is called "serving" them.

File your *Summons* and Complaint or Petition with the Circuit Clerk in the county where your court case should be filed. The Circuit Clerk will "issue" the *Summons* by putting a court seal on the form.

Have the sheriff or a private process server serve the *Summons* and a copy of the Complaint or Petition on the Defendant/Respondent. You cannot serve the *Summons* yourself.

Learn more about each step in the process and how to file in the instructions: ilcourts.info/how-to-summons.

## NEXT STEPS FOR PERSON RECEIVING THIS DOCUMENT:

**You have been sued:**

- Read all documents attached to this *Summons*.
- All documents referred to in this *Summons* can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- You may be charged filing fees, but if you cannot pay them, you can file an *Application for Waiver of Court Fees (Civil)*.
- When you go to court, it is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

**If Section 1 on page 1 of this *Summons* is checked (30-day summons*)*:**

- You **must** file official documents called an *Appearance* and an *Answer/Response* with the court within 30 days of the date you were served with this *Summons*.
- If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.
- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efile. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.
- You should be notified of any future court dates.

**If Section 2 on page 1 of this *Summons* is checked (date certain summons):**

- You **must** attend court on the date listed in Section 2 of this *Summons.*
- If you do not attend that court date, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

**Need Help? ¿Necesita ayuda?**

- Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents.
- Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.
- You can also get free legal information and legal referrals at illinoislegalaid.org.
- If there are any words or terms that you do not understand, please **visit Illinois Legal Aid Online** at ilao.info/glossary. You may also find more information, resources, and the location of your local legal self-help center at: ilao.info/lshc-directory.

Case Number ______________________

# PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**

*Check if this is not the 1st* Summons *issued for this Defendant/Respondent.*

**COUNTY:** DuPage

*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Megan Byczek

*Who started the case.* — *First, Middle, and Last Name, or Business Name*

**DEFENDANTS/RESPONDENTS:** Costco Wholesale Corporation

*Who the case was filed against.*

______________________

______________________

*First, Middle, and Last Name, or Business Name*

______________________

**Case Number**

STOP Do not complete the rest of the form. **The sheriff or special process server will fill in the form.**
Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent who will be served.

My name is ______________________ and I state:

*Officer/Process Server First, Middle, Last Name*

## SERVICE INFORMATION

Defendant/Respondent: ______________________

*First, Middle, Last Name, or Business Name*

☐ I was not able to serve the *Summons* and Complaint/Petition on the Defendant/Respondent named above.

**- or -**

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent named above as follows:

☐ **Personally** on the Defendant/Respondent:

☐ Male ☐ Female ☐ Non-Binary Approx. Age: ________ Race: ____________

On this date: ____________ at this time: ____________ ☐ a.m. ☐ p.m.

Address, Unit#: ______________________

City, State, ZIP: ______________________

☐ On **someone else at the Defendant/Respondent's home** who is at least 13 years old and is a family member or lives there:

Name of person served: ______________________

*First, Middle, Last Name*

☐ Male ☐ Female ☐ Non-Binary Approx. Age: ________ Race: ____________

On this date: ____________ at this time: ____________ ☐ a.m. ☐ p.m.

Address, Unit#: ______________________

City, State, ZIP: ______________________

and by sending a copy to this Defendant/Respondent in a postage-paid, sealed envelope to the above address on this date: ____________.

Case Number ______________________

☐ On the **Business's agent:** ____________________________________
*First, Middle, Last Name*

☐ Male ☐ Female ☐ Non-Binary Approx. Age: __________ Race: ______________

On this date: _______________ at this time: _______________ ☐ a.m. ☐ p.m.

Address, Unit#: ____________________________________________________

City, State, ZIP: ____________________________________________________

## SERVICE ATTEMPTS

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

**First Attempt:** On this date: ____________________ at this time: ____________ ☐ a.m. ☐ p.m.

Address, Unit#: ____________________________________________________

City, State, ZIP: ____________________________________________________

Other information about service attempt:

____________________________________________________________________

____________________________________________________________________

____________________________________________________________________

**Second Attempt:** On this date: ____________________ at this time: ____________ ☐ a.m. ☐ p.m.

Address, Unit#: ____________________________________________________

City, State, ZIP: ____________________________________________________

Other information about service attempt:

____________________________________________________________________

____________________________________________________________________

____________________________________________________________________

**Third Attempt:** On this date: ____________________ at this time: ____________ ☐ a.m. ☐ p.m.

Address, Unit#: ____________________________________________________

City, State, ZIP: ____________________________________________________

Other information about service attempt:

____________________________________________________________________

____________________________________________________________________

____________________________________________________________________

## SIGN

I certify under 735 ILCS 5/1-109 that:

1) everything in this document is true and correct, or I have been informed or I believe it to be true and correct, and

2) I understand that making a false statement on this form is perjury and has penalties provided by law.

Your Signature /s/____________________________ Print Your Name ______________________________

You are: ☐ Sheriff in Illinois ☐ Special process server

☐ Sheriff outside Illinois: ______________ *County and State*

☐ Licensed private detective, license number: ____________ *License number*

**FEES:**

Service and Return: $__________ Miles: $__________ Total: $______________

LB&A File No. 250313

Candice Adams
e-filed in the 18th Judicial Circuit Court
DuPage County
ENVELOPE: 37918794
2026LA000613
FILEDATE: 5/5/2026 10:54 AM
Date Submitted: 5/5/2026 10:54 AM
Date Accepted: 5/5/2026 1:47 PM
IH

IN THE CIRCUIT COURT OF DUPAGE COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| MEGAN BYCZEK, | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. 2026LA000613 |
| COSTCO WHOLESALE CORPORATION, | ) | |
| Defendant. | ) | |

**COMPLAINT AT LAW**

NOW COMES the plaintiff, MEGAN BYCZEK, by and through her attorneys, LAUREN A. BUCHANAN & ASSOCIATES, P.C., and in support of her Complaint at Law against the defendant, COSTCO WHOLESALE CORPORATION, hereby states as follows:

1. On and prior to January 22, 2025, COSTCO WHOLESALE CORPORATION was a foreign corporation (Washington) licensed to do business in the State of Illinois.

2. On and prior to January 22, 2025, COSTCO WHOLESALE CORPRORATION was a multinational corporation that operated a chain of membership-only big box warehouse club retail stores commonly known as "Costco" stores.

3. On and prior to January 22, 2025, COSTCO WHOLESALE CORPORATION owned and/or operated and/or supervised and/or managed and/or maintained the Costco store located at 1320 S. Route 59, Naperville, IL 60564.

4. On January 22, 2025, MEGAN BYCZEK was a patron of the Costco store located at 1320 S. Route 59, Naperville, IL 60564.

5. On January 22, 2025, MEGAN BYCZEK was a pedestrian in the Costco parking lot, walking to return her cart to the cart return after shopping.

6. On January 22, 2025, a landscaping planter was present in the vicinity of the cart return.

7. At all times herein relevant, a concrete curb surrounded the landscaping planter referenced in paragraph 6, above.

8. At all times relevant, a deviation existed between the asphalt surface of the parking lot and the concrete curb surrounding the landscaping planter in question.

9. At all times relevant, the condition of the concrete curb at its junction with the asphalt surface of the parking lot was rough, uneven and crumbling.

10. On January 22, 2025, MEGAN BYCZEK caught her foot on the deviation at the junction of the parking lot and the concrete curb, and fell, suffering serious injuries.

11. On January 22, 2025, the condition of the concrete curb at its junction with the parking lot surface presented an unreasonable risk of harm to patrons on the Costco premises.

12. On January 22, 2025, prior to the incident involving MEGAN BYCZEK, the defendant, COSTCO WHOLESALE CORPORATION, individually and by and through its agents or employees, should have anticipated that persons on the premises would not discover or realize the danger associated with the condition of the parking lot and/or concrete curb, or would otherwise fail to protect themselves against the hazard(s) presented.

13. On January 22, 2025, prior to the incident involving MEGAN BYCZEK, the defendant, COSTCO WHOLESALE CORPORATION, individually and by and through its agents or employees knew or in the exercise of reasonable care should have known of the dangerous condition(s) affecting the parking lot and/or concrete curb in question.

14. That at all times herein relevant, it was the duty of the defendant, COSTCO WHOLESALE CORPORATION, individually and by and through its agents and employees, to

exercise ordinary care in the ownership, operation, supervision, management and maintenance of their property.

15. That notwithstanding its duty as aforestated, the defendant, COSTCO WHOLESALE CORPORATION, individually and by and through its agents or employees was then and there guilty of one or more or all of the following negligent acts or omissions to act:

(a) Carelessly and negligently failed to provide a safe walking surface in the parking lot;

(b) Carelessly and negligently failed to remove the deviation between the asphalt surface of the parking lot and the concrete curb around the landscaping planter;

(c) Carelessly and negligently failed to maintain the parking lot surface;

(d) Carelessly and negligently failed to maintain the concrete curb around the landscaping planter;

(e) Carelessly and negligently failed to warn patrons of the presence of the deviation between the parking lot surface and the concrete curb;

(f) Carelessly and negligently failed to divert patrons from a dangerous area;

(g) Carelessly and negligently failed to supervise or otherwise monitor the store's parking lot for the presence of dangerous conditions;

(h) Failed to exercise due care for the safety of their invitee, MEGAN BYCZEK;

(i) Failed to maintain the property according to Costco's standards and/or protocol.

16. That as a direct and proximate result of one or more or all of the aforesaid negligent acts or omissions to act, MEGAN BYCZEK suffered serious personal injury, has and will in the future expend sums of money in efforts to obtain medical care and treatment, has and will in the future experience pain, suffering and disability as a result of the injuries suffered, has

suffered scarring and disfigurement as a result of the injuries suffered, and, lastly, has and will in the future lose time from gainful employment as a result of the injuries suffered.

WHEREFORE, the plaintiff, MEGAN BYCZEK, prays that this Court enter judgment in her favor and against the defendant, COSTCO WHOLESALE CORPORATION, in an amount exceeding $50,000.00, plus costs.

Lauren Buchanan

Lauren A. Buchanan & Associates, P.C.
200 E. 5th Ave, Suite 113
Naperville, IL 60563
(312) 759-7764
lauren@laurenbuchananlaw.com
Firm. No. 279738

LB&A File No. 250313

IN THE CIRCUIT COURT OF DUPAGE COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| MEGAN BYCZEK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. |
| | ) | |
| COSTCO WHOLESALE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222(B)**

Pursuant to Supreme Court Rule 222(B), counsel for the above-named plaintiff certifies that plaintiff seeks money damages in excess of Fifty Thousand and 00/100ths Dollars ($50,000.00).

Lauren Buchanan

Lauren A. Buchanan & Associates, P.C.
200 E. 5th Ave, Suite 113
Naperville, IL 60563
(312) 759-7764
lauren@laurenbuchananlaw.com
Firm No. 279738